■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON MARTIN, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed April 18, 1977, upon his conviction of criminal sale of a controlled substance in the third degree, on his plea of guilty, the sentence being a term of imprisonment of three years to life. Sentence modified, as a matter of discretion in the interest of justice, by reducing the minimum term to one year. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Rabin, J. P., Gulotta, Shapiro and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MERCADO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 13, 1978, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and sentencing him to an indeterminate term of imprisonment of from eight and one-third years to life. Judgment modified, as a matter of discretion in the interest of justice, by reducing the minimum term of imprisonment to six years. As so modified, judgment affirmed. On this record Criminal Term was able to make an informed determination on defendant's motion to withdraw his guilty plea without the necessity of an evidentiary hearing (see *People v Tinsley,* 35 NY2d 926). Defendant's potential for rehabilitation justifies the reduction of the minimum sentence. Hopkins, J. P., Suozzi, Gulotta and Cohalan, JJ., concur.